IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEREK LAM,

    Plaintiff,

v.

NEUSTAR, INC., dba NEUSTAR SERVICES, INC., and DOES 1 through 10, inclusive,

    Defendants.

No. C 19-01514 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference is **CONTINUED** to **SEPTEMBER 26, 2019, AT 11:00 A.M.** A joint case management statement is due at least seven days prior. All deadlines are **EXTENDED** accordingly.

This Court does not vacate hearings or deadlines until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: September 11, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE